**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMAS ROBLES,

                Plaintiff,                21 **CIVIL** 7489 (AT)(RWL)

    -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 2, 2022, that this action be, and is hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner shall vacate only the unfavorable portion of the decision, reevaluate the severity of Plaintiff's impairments and, if necessary, reevaluate Plaintiff's residual functional capacity. The Commissioner will also issue a de novo decision.

**Dated:** New York, New York
           May 2, 2022

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                 **BY:**     *K. Mango*
                                                **Deputy Clerk**